**Opinion issued May 19, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00307-CV

_____

## IN RE TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Transocean Offshore Deepwater Drilling, Inc., has filed a motion for voluntary dismissal of its petition for writ of mandamus.[1] We grant the motion and dismiss this original proceeding. We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.

---

[1] The underlying case is *Stephen Deasy v. Transocean Offshore Deepwater Drilling, Inc.*, cause number 2021-00006, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.